ACCEPTED
15-24-00108-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
10/15/2025 12:02 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15-24-00108-CV**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
10/15/2025 12:02:39 PM
CHRISTOPHER A. PRINE
Clerk

# IN THE COURT OF APPEALS FOR THE FIFTEENTH DISTRICT AUSTIN, TEXAS

**REGINA CARSON,**
*Appellant*

v.

**BLUE CROSS BLUE SHIELD OF TEXAS, INC., a division of HEALTH CARE SERVICE CORPORATION, ANITA C. JOHNSON, YVONNE STERNADEL a/k/a VONNIE S., LAUREN COLLINS REESER OR LAURA M. MCCLELLAND a/k/a LORI, JANE CORDRAY a/k/a JANE, JASON RAMIREZ a/k/a JASON R., JENNIFER TRACEY a/k/a JENNIFER T., CHRISTOPHER FLINN a/k/a CHRIS, and TEACHERS RETIREMENT SYSTEM OF TEXAS d/b/a TEACHERS RETIREMENT SYSTEM OF TEXAS ACTIVECARE PLAN,**
*Appellees*

**From Cause No. CC-23-02212-E in the County Court at Law No. 5, Dallas County, Texas, Honorable Nicole Taylor, Presiding**

## APPELLANT'S OPPOSED SECOND MOTION TO EXTEND TIME TO FILE APPELLANT'S MOTION FOR REHEARING

TO THE HONORABLE JUSTICES OF THE FIFTEENTH COURT OF APPEALS:

COMES NOW, Regina Carson ("Appellant" or "Carson"), and files *Appellant's Opposed Second Motion to Extend Time to File Appellant's Motion for Rehearing*, and would show this Honorable Court as follows:

# I.
# BACKGROUND

This Honorable Court issued a memorandum opinion on August 29, 2025. Appellant's Motion for Rehearing is due on October 15, 2025 pursuant to this Court's order dated September 23, 2025 granting Appellant's first extension of time.

Since the time the extension was granted, Carson's counsel has attempted to complete and finalize Appellant's Motion for Rehearing but is unable to do so by the October 15th deadline. A brief five (5) day extension is needed.

# II.
# RELIEF REQUESTED

Appellant respectfully requests the Court grant her a five (5) day extension until October 20, 2025 to file Appellant's Motion for Rehearing. This is the second extension request sought for Appellant's Motion for Rehearing and is intended to be the last.

# III.
# ARGUMENT AND AUTHORITIES

## A. The Law

*Tex. R. App. P.* 49.9 provides that a party may seek an extension of time to file a motion for rehearing if the motion is filed no later than fifteen (15) days after the deadline for filing a motion for rehearing. Although Rule 49.9 does not

specifically set out the standard and/or grounds for granting an extension, *Tex. R. App. P.* 10.5(b) addresses motions for extension of time.

Rule 10.5(b) provides that a motion to extend time must state: (1) the deadline for filing the item; (2) the length of extension being requested; (3) the facts relied on to reasonably explain the need for an extension; and (4) the number of previous extensions granted for the filing.

While the standard for granting a motion to extend time to file a motion for rehearing is abuse of discretion, the movant need only reasonably explain the basis for the extension request for it to be granted. *Nolan v. Ramsey*, 783 S.W.2d 212, 212-13 (Tex. 1990); *see also Hone v. Hanafin*, 104 S.W.3d 884, 887 (Tex. 2003) (per curium).

**B. Application of the Law to the Facts**

Appellant has complied with Rules 10.5(b)(1) and 49.9 and demonstrates good cause as explained below for this brief five (5) day extension. Appellant's counsel has been involved in the following time sensitive matters in the last thirty (30) days or more, which has unfortunately dominated counsel's time to complete and finalize Appellant's Motion for Rehearing:

1. *Gratitude Restaurant Group, Inc. v. OSO Coffee Company, LLC, Mark Nelson, and Clint A. Stegall*; Cause No. 2024-1153-6 in the 474th District Court of McLennan County, Texas – extensive summary judgment

briefing, responses, sur-replies, and objections for a summary judgment motion originally filed by Defendants on September 22, 2025 with a schedule set by the trial court for responses, replies, sur-replies and objections, with the last filing deadline on October 13, 2025,

2. Preparation, extensive review of documents, and in-person attendance at a full day mediation for the lawsuit styled *UVL Acquisition Holding, LLC, et al. v. Jeff Benzin, et al.*, Cause No. CC-25-02336-D in the County Court at Law No. 4 of Dallas County, Texas;

3. *Ashley Holbert v. Charles Noteboom, et al.*, Cause No. CC-24-01570-B in the County Court at Law No. 2 of Dallas County, Texas – extensive preparation and in-person attendance for all day depositions that took place on October 6, 7, 8, 9, and 10, 2025;

4. *Freight Essentials, LLC v. Madine*, Case No. 3:24-cv-03014-N in the United States District Court for the Northern District of Texas and *Freight Essentials, LLC v. Globaltranz Enterprises, LLC*, Cause No. DC-23-14235 in the 44th Judicial District Court of Dallas County, Texas – time sensitive representation of client surrounding a claimed fee dispute;

5. *Midland County Hosp. Dist. v. McCarthy Building Companies, Inc.*, Cause No. CV59430 in the 142nd Judicial District Court of Midland County, Texas – coverage counsel to Defendant Ivey Mechanical Company

involving critical coverage matters in order to resolve the lawsuit as well as funding issues for settlement and time sensitive deadlines for settlement; and

6. Representation of a client in a bar grievance that required a detailed response and investigation.

These and other pending matters and issues demonstrate that Carson (and specifically her counsel) were not being deliberately indifferent or intentionally disregarding the deadline for filing her motion for rehearing in this matter. Carson has demonstrated good cause for her extension request. As a two-attorney firm, work and tasks cannot be delegated to others.

Appellees are opposed to Appellant's extension request but have not provided a reason for their opposition.

The extension is not sought for delay, will not prejudice any party, and is made so that justice will be done.

Appellant requests the Court grant her an extension until October 20, 2025 to file Appellant's Motion for Rehearing.

## IV.
## CONCLUSION

Appellant has demonstrated good cause for the extension sought. Appellant's request should be granted.

WHEREFORE, PREMISES CONSIDERED, Appellant prays this Honorable Court grant her motion as requested herein and grant Appellant such other and further relief to which she is entitled.

Respectfully submitted,

By: */s/ Mark A. Ticer*
Mark A. Ticer
State Bar #20018900
mticer@ticerlaw.com
Jennifer W. Johnson
State Bar #24060029
jjohnson@ticerlaw.com

**LAW OFFICE OF MARK A. TICER**
10440 N. Central Expressway, Suite 600
Dallas, Texas 75231
(214) 219-4220
(214) 219-4218 (FAX)

*ATTORNEYS FOR APPELLANT*
*REGINA CARSON*

## CERTIFICATE OF CONFERENCE

I hereby certify that I had a conference on October 15, 2025 with Appellees' counsel who advised that they oppose an extension for filing Appellants' Motion for Rehearing.

*/s/ Mark A. Ticer*
Mark A. Ticer

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record, *via e-file*, on this the 15th day of October 2025.

*/s/ Mark A. Ticer*
Mark A. Ticer

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lisa Amerson on behalf of Mark Ticer
Bar No. 20018900
lamerson@ticerlaw.com
Envelope ID: 106870992
Filing Code Description: Motion
Filing Description: Appellant's Opposed Second Motion for Extension of Time
Status as of 10/15/2025 12:14 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Brooke Bailey | | bbailey@ticerlaw.com | 10/15/2025 12:02:39 PM | SENT |
| Michelle Smith | | msmith@ticerlaw.com | 10/15/2025 12:02:39 PM | SENT |
| Thomas Bevilacqua | | thomas.bevilacqua@oag.texas.gov | 10/15/2025 12:02:39 PM | SENT |
| Alan York | | ayork@reedsmith.com | 10/15/2025 12:02:39 PM | SENT |
| Scott Williams | | scott.williams@reedsmith.com | 10/15/2025 12:02:39 PM | SENT |
| Mark Ticer | | mticer@ticerlaw.com | 10/15/2025 12:02:39 PM | SENT |
| Jennifer Johnson | | jjohnson@ticerlaw.com | 10/15/2025 12:02:39 PM | SENT |
| Carolyn James | | cjames@reedsmith.com | 10/15/2025 12:02:39 PM | SENT |
| Ana Falcon | | afalcon@reedsmith.com | 10/15/2025 12:02:39 PM | SENT |
| Martin Bishop | | mbishop@reedsmith.com | 10/15/2025 12:02:39 PM | ERROR |
| Cheryl Blount | | cblount@reedsmith.com | 10/15/2025 12:02:39 PM | ERROR |
| Charletta Dawson | | cdawson@reedsmith.com | 10/15/2025 12:02:39 PM | SENT |
| Callie Snider | | csnider@reedsmith.com | 10/15/2025 12:02:39 PM | SENT |